UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTY LOU SHELLMAN,

    Plaintiff,                      Case No. 1:13-CV-959

v.                                        Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 16, 2014. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 16, 2014, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's application for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (dkt. # 20) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is hereby awarded attorney's fees in the amount of $3,158.75.

Dated: May 8, 2014                                               /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE